# Order

September 11, 2015

Rehearing No. 608

149901(69)

**Michigan Supreme
Court
Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

ESTATE OF WILLIAM T. BEALS, Deceased,
by THERESA BEALS, Personal Representative,
          Plaintiff-Appellee,

v

STATE OF MICHIGAN,
          Defendant,
and

WILLIAM J. HARMON,
          Defendant-Appellant.

_____/

SC: 149901
COA: 310231
Barry CC: 11-000045-NO

On order of the Court, the motion for rehearing is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2015

_____